IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JOHNSON and <br> LISA JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> PHOENIX ARMS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 1:07-cv-0768-SEB-JMS <br> ) <br> ) <br> ) |

### NOTICE OF REMOVAL

Comes now the Defendant, Phoenix Arms, pursuant to 28 U.S.C. §1332, §1441, and §1446, and files its Notice of Removal of this cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Superior Court of Marion County, Indiana. In support of this filing the Defendant would show the Court as follows:

1. That Phoenix Arms is currently the Defendant in an action pending in the Marion County Superior Court, Civil Division, Room No. 13, County of Marion, State of Indiana, and known as Cause No. 49D13-0705-CT-019286. That they have served this Notice of Removal upon the other parties hereto.

2. That the Plaintiffs did, on the 10th day of May, 2007, file in the Marion County Superior Court their Complaint in this cause of action. A copy of the Complaint is attached as Exhibit "A."

3. That the causes of action stated in Plaintiffs' Complaint allege carelessness, recklessness and negligence in violation of Indiana law. The Plaintiffs, William Johnson and Lisa Johnson are citizens of the State of Indiana. The Defendant is a foreign corporation

organized and existing under the laws of the State of California with its principal place of business located at 4231 Brickell Street, Ontario, California.

4. In the Complaint the Plaintiffs seek judgment "in an amount commensurate with their damages." On June 11, 2007, the Plaintiffs advised the undersigned that they intend to seek damages in excess of $75,000.00 by way of their Complaint. Accordingly, pursuant to 28 U.S.C. §1332(a)(1), the Defendant removes this cause from the Superior Court of Marion County, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division.

5. A complete copy of all process, pleadings, and orders served upon the Defendant, Phoenix Arms, as of the date of the filing of this Notice of Removal is attached as Exhibit "B."

Respectfully submitted,

LOCKE REYNOLDS LLP

By: _____
John M. T. Chavis, II, # 17797-49

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this ____ day of _____, 2007, addressed to:

William W. Gooden
Andrew R. Bloch
PASTORE & GOODEN, P.A.
302 North Alabama Street
P.O. Box 44947
Indianapolis, Indiana 46244-0947

_____
John M. T. Chavis, II

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, Indiana  46244-0961
317-237-3800
Fax: 317-237-3900
jchavis@locke.com
745969_1