## SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49_____ |

WILLIAM JOHNSON and )
LISA JOHNSON, )
                        )
      Plaintiffs, )
                        )
   vs. )
                        )
PHOENIX ARMS )
      Defendants. )

TO DEFENDANT:    Phoenix Arms
                       c/o David Brazeau, Registered Agent
                       4231 Brickell Street
                       Ontario, CA 91761

     You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

     Any answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons is received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

     If you have a claim for relief against the Plaintiff arising from the same transaction nor occurrence, you must assert it in your written answer.

Dated:_____                            _____
                                        Clerk, Marion County Court      MAY 10 2007

William W. Gooden, #19358-49
Andrew R. Bloch, #24096-49
Attorneys for Plaintiff
Pastore & Gooden, P.A.
302 N. Alabama St., P.O. Box 44947
Indianapolis, Indiana 46244-0947

The following manner of service of Summons is hereby designated:

  XX     Registered or Certified Mail
  ____   Service on individual at above address: County _____
  ____   Service on agent: (specify) _____
  ____   Service by Publication

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ___ day of _____, 20___, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____

_____
Clerk, Marion County Court

RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____, 20___. I hereby certify that the attached return receipt was received by me on the ___ day of _____, 20___, showing that the summons and a copy of the Complaint was returned not accepted. I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____, 20___.

_____
Clerk, Marion County Court

SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____ _____.

Dated _____

_____
Signature of Defendant

RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons: (1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the ___ day of _____, 20___; (2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, last known address of the Defendant.

_____
Sheriff of Marion County, Indiana

By: _____