IN THE MARION SUPERIOR COURT NO. 13
STATE OF INDIANA

WILLIAM JOHNSON and )
LISA JOHNSON, )
               Plaintiffs, )
        v. ) CAUSE NO. 49D13-0705-CT-019286
PHOENIX ARMS, )
               Defendant. )

FILED JUN 0 5 2007

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**   Initiating: ☐   Responding: ☒   Intervening: ☐

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Phoenix Arms**.

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| Name: | **John M. T. Chavis, II** | Attorney No: | 17797-49 |
|---|---|---|---|
| | **LOCKE REYNOLDS LLP** | Phone: | 317-237-3257 |
| Address: | **201 North Illinois Street, Suite 1000** | FAX: | 317-237-3900 |
| | **P.O. Box 44961** | Email: | jchavis@locke.com |
| | **Indianapolis, IN 46244-0961** | | |

3. There are other party members: Yes ☐  No ☒  *(If yes, list on continuation page.)*

4. *If first initiating party filing this case,* the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): Not Applicable

5. I will accept service by FAX at the above noted number: Yes ☐  No ☒

6. This case involves support issues: Yes ☐  No ☒  *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases: Yes ☐  No ☒

8. This form has been served on all other parties. Certificate of Service is attached: Yes ☒  No ☐

9. Additional information required by local rule:

Respectfully submitted,

LOCKE REYNOLDS LLP

By: _____
John M. T. Chavis, II, #17797-49
Attorney for Defendant,
Phoenix Arms

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 5th day of June, 2007, addressed to:

William W. Gooden
Andrew R. Bloch
PASTORE & GOODEN, P.A.
302 North Alabama Street
P.O. Box 44947
Indianapolis, Indiana 46244-0947

_____
John M. T. Chavis, II

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
jchavis@locke.com

745043_1