IN THE MARION SUPERIOR COURT NO. 13
STATE OF INDIANA

| | | |
|---|---|---|
| WILLIAM JOHNSON and LISA JOHNSON, | ) ) ) | |
| Plaintiffs, | ) | CAUSE NO. 49D13-0705-CT-019286 |
| v. | ) ) ) | **FILED** |
| PHOENIX ARMS, | ) ) | (18) JUN 0 5 2007 |
| Defendant. | ) | Elizabeth A. White CLERK OF THE MARION CIRCUIT COURT |

## NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendant, Phoenix Arms, by counsel, John M. T. Chavis, II, and pursuant to Local Rule 203(D) and Ind. Trial Rule 6(B)(1), notifies the Court that counsel for the Plaintiff has indicated that he has no objection to the Defendant obtaining an initial enlargement of time of thirty (30) days in which to file a responsive pleading in the above-referenced matter. Defendant's response is currently due on or before June 9, 2007, and this time has not yet expired. As a consequence of this agreement and by operation of Local Rule 203(D), the Defendant's Answer is now due on July 9, 2007.

Respectfully submitted,

LOCKE REYNOLDS LLP

By: _____
John M. T. Chavis, II, #17797-49
Attorney for Defendant,
Phoenix Arms

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 5th day of June, 2007, addressed to:

William W. Gooden
Andrew R. Bloch
PASTORE & GOODEN, P.A.
302 North Alabama Street
P.O. Box 44947
Indianapolis, Indiana 46244-0947

John M. T. Chavis, II

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
jchavis@locke.com

745044_1