IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JOHNSON and LISA JOHNSON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No. 1:07-CV-0768<br>) |
| PHOENIX ARMS, | )<br>) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Phoenix Arms, by counsel, pursuant to Fed.R.Civ.P. 7.1(a), states that there is no parent corporation of Phoenix Arms and that no publicly held company owns 10% or more of Phoenix Arms' stock.

                                  LOCKE REYNOLDS LLP

                                  By: */s/John M. T. Chavis*
                                      John M. T. Chavis, II, #17797-49

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William W. Gooden, Esq.
wgooden@pastoregooden.com
Andrew R. Bloch, Esq.
abloch@zcklaw.com
PASTORE & GOODEN, P.A.
302 North Alabama Street
P.O. Box 44947
Indianapolis, IN  46244-0947

*/s/John M. T. Chavis*
John M. T. Chavis, II

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jchavis@locke.com
752131_1