IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM JOHNSON and LISA JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> PHOENIX ARMS, <br><br> Defendant. | Case No.: 1:07-CV-0768-SEB-JMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Plaintiffs, William Johnson and Lisa Johnson, and Defendant, Phoenix Arms, both by counsel, hereby stipulate to the dismissal of the above captioned cause, with prejudice, each side to bear their own costs.

| PASTORE & GOODEN, P.A. | FROST BROWN TODD LLC |
|---|---|
| *s/William W. Gooden* <br> William W. Gooden, #19358-49 | *s/Edward L. Holloran, III* <br> Edward L. Holloran, III, #27452-49 |
| Pastore & Gooden, P.A. <br> 302 North Alabama Street <br> P.O. Box 44947 <br> Indianapolis, IN 46244-0947 <br> ATTORNEY FOR PLAINTIFFS <br> *Signature electronically affixed with permission* | Frost Brown Todd LLC <br> 201 North Illinois Street, Suite 1900 <br> P.O. Box 44961 <br> Indianapolis, IN 46244-0961 <br> ATTORNEY FOR DEFENDANT |

941888_1